UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT G. RUSSELL,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>S. PEERY,<br><br>　　　　Respondent. | No.  2:15-cv-1210-EFB P<br><br><br>ORDER |

Petitioner is a state prisoner without counsel seeking a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Petitioner challenges a 2011 conviction and sentence imposed by the Santa Cruz County Superior Court.  Petitioner is currently confined to High Desert State Prison in Lassen County.

Pursuant to 28 U.S.C § 2241(d), courts in both the district of confinement and the district of conviction have concurrent jurisdiction over applications for habeas corpus filed by state prisoners.  In this case, it appears that witnesses and evidence necessary for the resolution of petitioner's application may be more readily available in the county of conviction.  *See Braden v. 30th Judicial Circuit Court*, 410 U.S. 484, 499 n. 15 (1973).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.  28 U.S.C. § 2241(d); 28 U.S.C. § 1406(a).

DATED:  June 8, 2015.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE